IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESIREE PURVENAS-HAYES,<br><br>        Plaintiff,<br><br>v.<br><br>SALTZ MONGELUZZI & BENDESKY P.C.*,*<br><br>        Defendant. | Case No.: 2:22-CV-02277 |

**DEFENDANT SALTZ MONGELUZZI & BENDESKY P.C.'s**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Defendant Saltz Mongeluzzi & Bendesky P.C. ("SMB") hereby submits the following disclosure in accordance with Federal Rule of Civil Procedure 7.1:

1. SMB is a nongovernmental entity.

2. SMB does not have any parent corporation.

3. No publicly held corporation owns more than 10% of SMB's stock.

Dated: July 11, 2022                    Respectfully submitted,

                              */s/ Michael L. Banks*
                              Michael L. Banks (PA ID 35052)
                              Benjamin K. Jacobs (PA ID 315984)
                              1701 Market Street
                              Philadelphia, PA  19103
                              Tel: 215.963.5000
                              Fax: 215.963.5001
                              Email: michael.banks@morganlewis.com
                                         benjamin.jacobs@morganlewis.com

                              *Counsel for Defendant Saltz Mongeluzzi &*
                              *Bendesky P.C.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 11, 2022, a copy of the foregoing was filed electronically and notice of this filing will be sent by operation of the Court's electronic filing system to the attorneys of record.

                */s/ Michael L. Banks*
                Michael L. Banks