IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESIREE PURVENAS HAYES<br>Plaintiff,<br><br>v.<br><br>SALTZ, MONGELUZZI & BENDESKY, P.C.<br>Defendant. | CIVIL ACTION NO. 22-2277<br><br>**CONSENT TO or DECLINATION OF CONSENT TO ARBITRATION TRIAL PROCEEDING BY VIDEOCONFERENCE** |

In accordance with the Court's Standing Order dated October 5, 2020, suspending the requirement of Local Civil Rule 53.2, subsection 5A, that arbitration trials take place in the United States Courthouse, the parties to the above-captioned matter hereby:

☐ Voluntarily consent to have the arbitration trial proceed by videoconference, in accordance with the procedures set forth in the Standing Procedural Order for Arbitration Trials Conducted by Videoconference,

**OR**

☑ Acknowledge the option to proceed with the arbitration trial by videoconference but decline to consent. By declining to consent, the parties understand that all in-person arbitration trials have been continued by Standing Order, and it is not known when in-person arbitration trials may safely resume due to the exigent circumstances created by the ongoing COVID-19 pandemic.

Saltz Mongeluzzi & Bendeskey P.C.
_____
Party Represented

/s/ Michael Banks                                              8/3/2022
_____                    _____
Attorney/Pro Se Litigant Signature                         Date Signed


_____
Party Represented


_____                    _____
Attorney/Pro Se Litigant Signature                         Date Signed

\* Electronic signatures are accepted.  Attach a second page for additional signatures as needed.

**The completed form should be electronically filed on CM/ECF using the ADR Documents category.  Unrepresented parties who are unable to file the completed form on CM/ECF should email it to paed_arbitration@paed.uscourts.gov, or they may mail the form to the Clerk's Office if they do not have access to email.**

**Failure to complete and return this form will result in the case remaining continued until in-person arbitration trials can take place.**