IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESIREE PURVENAS HAYES, | : CIVIL ACTION |
| | : NO. 22-2277 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SALTZ, MONGELUZZI & BENDESKY, P.C., | : |
| et al., | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this **4th** day of **August, 2022**, after considering the parties' joint request to extend Defendants' deadline to respond to Plaintiff's Amended Complaint, it is hereby **ORDERED** that the request is **GRANTED** and the deadline for Defendants to respond to Plaintiff's Amended Complaint is **September 9, 2022.**[1]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] The parties note that Defendant Robert J. Mongeluzzi has waived service of the summons and Amended Complaint pursuant to Federal Rule of Civil Procedure 4.

1