IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS HAYES** | : CIVIL ACTION |
| | : |
| | : NO.: 22-CV-02277 |
| V. | : |
| | : |
| **SALTZ, MONGELUZZI &** | : |
| **BENDESKY, P.C.** | : |

### O R D E R

**AND NOW,** on this **13th** day of **September, 2022,** it is hereby **ORDERED** that an in-person hearing to consider the pending Motion to Dismiss (ECF No.: 12) will be held on **October 6, 2022 at 10:00 a.m. before the Honorable Eduardo C. Robreno in Courtroom 15A,** U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

/s/ Eduardo C. Robreno
*EDUARDO C. ROBRENO,     J.*