IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESIREE PURVENAS HAYES, | : | CIVIL ACTION |
| | : | NO. 22-2277 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SALTZ, MONGELUZZI & BENDESKY, P.C., et al. | : | |
| | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **19th** day of **October, 2022**, after considering Defendants' Notice of Deadline Passing [ECF No. 19] and the Court's October 6 Order [ECF No. 17], it is hereby **ORDERED** that the October 6 Order is **AMENDED** as follows:

If Plaintiff advises the court that she will stand on her amended complaint or fails to so respond by **November 7, 2022**, the Court will dismiss Counts II and V of her amended complaint with prejudice due to Plaintiff's failure to state a claim upon which relief can be granted. The submission of a Joint Rule 26(f) Report and scheduling of a Rule 16 conference shall await further order of the Court.

Accordingly, Defendants' request to dismiss Counts II and V of Plaintiff's Complaint is **DENIED WITHOUT PREJUDICE.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**