IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESIREE PURVENAS-HAYES,<br><br>Plaintiff,<br><br>v.<br><br>SALTZ MONGELUZZI & BENDESKY P.C.<br><br>and<br><br>ROBERT J. MONGELUZZI,<br><br>Defendants. | Case No.: 2:22-CV-02277 |

**DEFENDANTS' PARTIAL MOTION TO**
**DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), Defendants Saltz Mongeluzzi & Bendesky P.C. and Robert J. Mongeluzzi (collectively, "Defendants") hereby move this Court to dismiss with prejudice Count II of Plaintiff Desiree Purvenas-Hayes's Second Amended Civil Action Complaint. For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that this Court grant Defendants' motion and enter the Proposed Order being filed herewith.

Dated: November 21, 2022

/s/ Michael L. Banks
Michael L. Banks (PA ID 35052)
Benjamin K. Jacobs (PA ID 315984)
1701 Market Street
Philadelphia, PA  19103
Tel: 215.963.5000
Fax: 215.963.5001
Email: michael.banks@morganlewis.com
benjamin.jacobs@morganlewis.com
*Counsel for Defendants Saltz Mongeluzzi &*
*Bendesky P.C. and Robert J. Mongeluzzi*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 21, 2022, a copy of the foregoing was filed electronically and notice of this filing will be sent by operation of the Court's electronic filing system to the attorneys of record.

*/s/ Michael L. Banks*
Michael L. Banks
