IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIREE PURVENAS HAYES,                :    CIVIL ACTION
                                       :    NO. 22-2277
            Plaintiff,                 :
                                       :
      v.                               :
                                       :
SALTZ, MONGELUZZI & BENDESKY,          :
P.C., et al.                           :
                                       :
            Defendants                 :

## ORDER

**AND NOW**, this **23rd** day of **January, 2023,** upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 26), Plaintiff's Response in Opposition (ECF No. 28), and after a hearing on the record, it is hereby **ORDERED** that the Motion is **GRANTED.** Count Two of Plaintiff's Second Amended Complaint is hereby **DISMISSED WITH PREJUDICE.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**