# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESIREE PURVENAS HAYES | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 22-cv-02277-ER |
| SALTZ, MONGELUZZI & BENDESKY, P.C. | : | |
| Defendant. | : | |

## **O R D E R**

AND NOW, this 5th day of April 2023, it is **ORDERED** that, to aid the parties in reaching a possible settlement, the Plaintiff shall supply Defendant with a written demand and calculation of damages by 12:00 p.m. (noon) on April 17, 2023. The demand and calculation of damages need not be filed on the record.

                        **BY THE COURT:**

                        *s/Richard A. Lloret*
                        **RICHARD A. LLORET**
                        **UNITED STATES MAGISTRATE JUDGE**