IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PURVENAS HAYES** | : | **CIVIL ACTION** |
| v. | : | |
| **SALTZ, MONGELUZZI & BENDESKY, P.C.** | : | **NO.: 22-cv-2277** |

| | | |
|---|---|---|
| **PURVENAS HAYES** | : | **CIVIL ACTION** |
| v. | : | |
| **SALTZ MONGELUZZI BARRET & BENDESKY, P.C.** | : | **NO.: 23-cv-2403** |

## O R D E R

**AND NOW**, this **11th** day of **JULY 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Eduardo C. Robreno to the calendar of the Honorable Joshua D. Wolson for further proceedings.

FOR THE COURT:

**JUAN R. SÁNCHEZ**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**