IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS HAYES**, <br><br> *Plaintiff,* <br><br> v. <br><br> **SALTZ, MONGELUZZI & BENDESKY, P.C.**, <br><br> *Defendant.* | **Case No. 2:22-cv-02277-JDW** |

## ORDER

**AND NOW**, this 16th day of April, 2025, following the Final Pretrial Conference with counsel for the Parties, it is **ORDERED** as follows.

1. By 5:00 p.m. ET on April 21, 2025, the Parties shall mutually disclose their demonstratives for use in opening statements. They should meet and confer as soon as practicable to resolve any disputes. By 9:00 p.m. ET on April 21, 2025, each Party shall email my Chambers to identify any unresolved objections or other issues regarding the opening demonstratives or the first witness's testimony that the Party intends to raise the following morning. The email shall go to Chambers_Of_Judge_Wolson@paed.uscourts.gov. The subject line of the email shall include i) the case caption and ii) the phrase "trial issues."

2. At trial, the Parties shall use the following protocol with respect to their designated witnesses, demonstratives, and exhibits:

    a. By 7:00 p.m. ET one calendar day before a Party intends to call a witness (including a witness by deposition), use a demonstrative, or introduce an exhibit, the Party intending to do so shall provide that information to the opposing Party (including a copy of any demonstrative, if necessary);

    b. The Parties do not need to provide opposing counsel with advance notice of impeachment material;

    c. The Parties shall meet and confer as soon as practicable to resolve any disputes; and

    d. By 9:00 p.m. ET the day before the witness is called or the demonstrative or exhibit is used, each Party shall email my Chambers to identify any unresolved objections or other issues that the Party intends to raise the following morning before I bring in the jury. The email shall go to Chambers_Of_Judge_Wolson@paed.uscourts.gov. The subject line of the email shall include i) the case caption and ii) the phrase "trial issues."

3. At trial, the Parties shall adhere to the following:

    a. Each Party shall have 6 hours of trial time, with an additional 15 minutes for opening statements and 30 minutes for closing statements. The Court will keep a log of trial time used, but each Party must do the same;

    b. Every morning before trial, the Parties will meet at 9:00 a.m. ET for 30 minutes to address trial issues;

      c. If the Parties cannot resolve their objections in the allotted 30 minutes, then I will deduct additional time from the Parties' allocated time for trial presentation, and the Party that loses each objection will lose the amount of time spent on that objection; and

      d. I will split time taken during sidebar equally between the Parties, unless I find that a Party initiated the sidebar without good cause or to excess.

4. By 7:00 p.m. ET the day before closing arguments, the Parties shall mutually disclose their demonstratives for use during closings. They should meet and confer as soon as practicable to resolve any disputes. By 9:00 p.m. ET the day before closing arguments, each Party shall email my Chambers to identify any unresolved objections or other issues that the Party intends to raise the following morning before I bring in the jury. The email shall go to Chambers_Of_Judge_Wolson@paed.uscourts.gov. The subject line of the email shall include i) the case caption and ii) the phrase "trial issues."

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.