IN THE UNITED STATES DISTIRCT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESIREE PURVENAS HAYES | : | CIVIL ACTION |
| Plaintiff | : | No. 22-cv-2277 |
| v. | : | |
| SALTZ, MONGELUZZI & BENDESKY, P.C. | | |
| Defendant | : | |

## **ORAL MOTIONS AND ORDER**

On April 23, 2025, counsel for Plaintiff made four Oral Motions during trial for a Directed Verdict under F.R.C.P. 50 and one of the Oral Motions was Granted, three of the Oral Motions were Denied.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, J.

3/2024