IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIREE PURVENAS HAYES**, <br><br> *Plaintiff,* <br><br> v. <br><br> **SALTZ, MONGELUZZI & BENDESKY, P.C.**, <br><br> *Defendant.* | **Case No. 2:22-cv-02277-JDW** |

## CIVIL JUDGMENT

**AND NOW**, this 25th day of April, 2025, in accordance with the verdict of the jury, it is **ORDERED** that Judgment is **ENTERED** in favor of Defendant Saltz, Mongeluzzi & Bendesky, P.C. and against Plaintiff Desiree Purvenas Hayes.

The Clerk of Court shall mark this matter **CLOSED** for all purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.